**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David and Tracy Rizik,<br><br>    Plaintiffs,<br><br>v.<br><br>State Farm Fire and Casualty Insurance Company,<br><br>    Defendant. | No. CV-07-1711-PHX-SMM<br><br>**ORDER** |

Pursuant to the Joint Motion to Stay Action Pending Appraisal (Dkt. 9) and good cause appearing,

**IT IS HEREBY ORDERED** staying this case until an appraisal award is signed and the parties so notify the court.

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge