**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David and Tracy Rizik,<br><br>    Plaintiffs,<br><br>v.<br><br>State Farm Fire and Casualty Insurance Company,<br><br>    Defendant. | No. CV-07-1711-PHX-SMM<br><br>**ORDER** |

Pursuant to Plaintiff's motion to continue the status hearing (Dkt. 12), and for good cause shown,

**IT IS HEREBY ORDERED** rescheduling the status conference set for January 28, 2008 at 9:30 a.m.  The status conference shall now be held **Monday, February 4, 2008** at **4:00 p.m.** before the Honorable Stephen M. McNamee, in Courtroom 605, sixth floor, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.

DATED this 17th day of January, 2008.

Stephen M. McNamee
United States District Judge