**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Rizik & Tracy Rizik, ) | No. CV-07-1711-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| State Farm Fire & Casualty Company, ) | |
| ) | |
| Defendant. ) | |

The Court having received Defendant's Notice of Settlement (Dkt. 19),

**IT IS HEREBY ORDERED** that a status conference shall be scheduled in this matter for **Monday, October 6, 2008 at 2:00 p.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

DATED this 13th day of August, 2008.

Stephen M. McNamee
United States District Judge