**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Rizik & Tracy Rizik,<br><br>Plaintiffs,<br><br>v.<br><br>State Farm Fire & Casualty Company,<br><br>Defendant. | No. CV-07-1711-PHX-SMM<br><br>**ORDER** |

The Court having received Defendant's Stipulation of Dismissal (Dkt. 21),

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed with prejudice, each party to bear its own costs and attorney's fees incurred herein. The Clerk of the Court is directed to terminate this matter.

**IT IS FURTHER ORDERED** vacating the status conference set for Monday, October 6, 2008.

DATED this 26th day of August, 2008.

Stephen M. McNamee
United States District Judge